**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal Case No.  08-MJ-00131-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

vs.

**1. DONALD VERNON VANNESS,**

**Defendant.**

## ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

On July 28, 2008, this Court entered an Order which stayed the Commitment to Another District in this case and requiring the Defendant remain in the District of Colorado until further Order of the Court due to a newly filed pending case in the District of Colorado (08-MJ-00130-DLW which was merged into 08-CR-00326-WYD and the Defendant was sentenced to the Bureau of Prisons in that matter for a period of 108 months in that case, therefore:

**IT IS HEREBY ORDERED** that the stay of the Order of Commitment to the District of New Mexico is hereby lifted and the Defendant may be transported to the District of New Mexico upon completion of his sentence in 08-CR-00326-WYD.

**DATED: July 23, 2015.**

> **BY THE COURT:**
>
> **s/David L. West**
> **United States Magistrate Judge**